UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                    CASE NO. 07-40157-TLH4
                                                          CHAPTER 13
BARBARA JEANE BROOKINS

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: TALLAHASSEE-LEON FEDERAL CREDIT UNION which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 413995 in the amount of 101.75 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                         /s/Leigh D. Hart or
                         /s/William J. Miller, Jr.
                            OFFICE OF THE CHAPTER 13 TRUSTEE
                            POST OFFICE BOX 646
                            TALLAHASSEE, FL 32302
                            ldhecf@earthlink.net
                            (850) 681-2734 "Telephone"
                            (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| BARBARA JEANE BROOKINS<br>3604 BUCKNER COURT<br>TALLAHASSEE, FL 32311<br><br>AND<br><br>THOMAS B. WOODWARD, ESQ.<br>POST OFFICE BOX 10058<br>TALLAHASSEE, FL 32302 | TALLAHASSEE-LEON FEDERAL<br>CREDIT UNION<br>ATTN: MS. DEE CAUSSEAUX<br>580 S. APPLEYARD DR.<br>TALLAHASSEE, FL 32304 |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                         /s/Leigh D. Hart or
                         /s/William J. Miller, Jr.
5/31/2011  3:04 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```